■ MICHELLE MIANO et al., Respondents, v 1-9 SEAFOOD PLAZA, INC., et al., Appellants, et al., Defendants. [867 NYS2d 706]

The evidence submitted by the appellants failed to eliminate all issues of fact as to whether the appellant driver used reasonable care to avoid the subject motor vehicle collision (*see Rotondi v Rao,* 49 AD3d 520, 521 [2008]; *Cox v Nunez,* 23 AD3d 427, 427-428 [2005]) and whether his failure to observe that which should have been observed was a proximate cause of the accident (*see Judice v DeAngelo,* 272 AD2d 583 [2000]). Therefore, the evidence submitted by the appellants in support of their motion failed to establish their entitlement to judgment as a matter of law (*see Alvarez v Prospect Hosp.,* 68 NY2d 320, 324 [1986]). Under these circumstances, it is not necessary to consider the sufficiency of the opposition papers submitted by the plaintiffs (*id.* at 324). Spolzino, J.P., Covello, Angiolillo and Chambers, JJ., concur.